**Order entered November 30, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00913-CV

**SHEIK TEHUTI, Appellant**

**V.**

**ATMOS ENERGY CORP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-12135**

## ORDER

Sheik Tehuti's Motion for Body of Law Supporting Appointment of Fiduciary/Trustee is

**DENIED**.


/s/      ADA BROWN
JUSTICE